**E-Filed 4/23/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee,<br><br>Plaintiff,<br><br>v.<br><br>MILAGROS AGUILERA; PAUL AGUILERA; and Does 1-100, inclusive;<br><br>Defendants. | Case Number C 10-1391 JF (HRL)<br><br>ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO REMAND TO STATE COURT<br><br>[RE: Doc. No. 1] |

On April 1, 2010, Defendants, proceeding *pro se*, removed this unlawful detainer action from the Santa Clara Superior Court. On April 6, 2010, Magistrate Judge Howard R. Lloyd filed a Report and Recommendation, which concluded that the action should be remanded to state court. Neither party has filed any objections to Judge Lloyd's Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3, this Court concurs with and adopts in its entirety Judge Lloyd's Report and Recommendation. Accordingly, the action will be remanded to the Santa Clara Superior Court for further proceedings. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/23/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

1  Copies of Order served on:

2  Oscar M. Miguelino
3  2844 Rainview Dr.
   San Jose, CA 95133

2

Case No. C 10-1391 JF (HRL)
ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND TO STATE COURT
(JFLC3)